Rel: October 24, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2025-2026

_____

### SC-2023-0809

_____

### Ex parte Evan Miller

### PETITION FOR WRIT OF CERTIORARI
### TO THE COURT OF CRIMINAL APPEALS

### (In re: Evan Miller

### v.

### State of Alabama)

### (Lawrence Circuit Court: CC-06-08;
### (Court of Criminal Appeals: CR-20-0654)

PER CURIAM.

WRIT QUASHED. NO OPINION.

Bryan, Sellers, Mendheim, Cook, and Lewis, JJ., concur.

Stewart, C.J., dissents, with opinion.

Shaw, Wise, and McCool, JJ., recuse themselves.

STEWART, Chief Justice (dissenting).

In Miller v. Alabama, 567 U.S. 460 (2012), the United States Supreme Court reversed Evan Miller's life-without-the-possibility-of-parole sentence and held that, before sentencing a juvenile homicide offender to life without the possibility of parole, a sentencer is required to consider, among other relevant mitigating factors, the "hallmark features" of youth, "how children are different, and how those differences counsel against irrevocably sentencing them to a lifetime in prison." Id. at 477, 480. After reviewing the record, I question whether the sentencing court and the Court of Criminal Appeals complied with Miller and its progeny. Accordingly, I respectfully dissent from the decision to quash the writ.